08,979-04

## April 07, 2015

To: The Honorable Clerk Abel Acosta
Texas Court of Crim. Appeals
Re: Verification of Records - as a
safeguard to appellate review

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 10 2015

Abel Acosta, Clerk

From: Stephen Andrew Hall
TDC # 1787103
Boyd Unit
200 Spur 113
Teague, Texas 75860

Cause # C-371-0104-1274592-A

Dear Mr. Acosta,

With all due respect Sir. May I please get you to verify whether the following documents were included with my Habeas Corpus application that was recently forwarded from the trial court:

Being incarcerated I cannot acquire this information from said trial Court because it is out of their jurisdiction now. The court's 'Order' denying the application was signed March 27, 2015 by the Hon. Judge

Mollee Westfall of the 371st Dist. Ct., with the instruction to her Clerk to file it's findings and transmit them along with the writ transcript to you. I just want to see if some late filed motions made it in time to be included in the record or not. If you would be so kind as to verify by checking the boxes that say "yes" or "no" please.

yes ☐
no ☐   (a) The Habeas Corpus Application (11.07) filemarked 02-26-15;

yes ☐
no ☐   (b) The 30 page "Memorandum of Law" that was attached to said application

yes ☐
no ☐   (c) The State's "12 Page" Proposed Memorandum Findings of Fact And Conclusions of Law filed March 23, 2015.

yes ☐
no ☐   (d) The State's (General Denial) Response To Application For Writ of Habeas Corpus filed March 13, 2015.

yes ☐
no ☐   (e) (The) Habeas Corpus Applicant's Formal Request For Evidentiary Hearing filed March 19, 2015. (3 pages)

yes ☐

no ☐

(f) (My) "Habeas Corpus Applicant's Timely Rebuttal To The State's Response To The Habeas Corpus Application Filed In This Cause" (It is "18 Pages" which included a "2 Page Sworn Affidavit" - drafted March 20, 2015) File Stamped March 26, 2015

yes ☐

no ☐

(g) "Habeas Corpus Applicant's Formal Request For An Investigation In Matters Regarding This Cause" March 28, 2015 ("9 Pages) (I haven't received the "File marked date" yet on this one)

yes ☐

no ☐

(h) "Motion For State's Waiver Of Their Exhaustion Requirement" March 28, 2015 (21 pages)

yes ☐

no ☐

(i) "3 Page Certified Pro se Letter to District Attorney Sharen Wilson of Tarrant County mailed March 01, 2015

Mr. Acosta, the trial Court had until 04-02-15 to file their response to my Habeas App. So I dont know the exact

date they sent it — as a package — to you at the Tex. Ct. Crim. Appeals.

So, can you also tell me the date you received it please.?.

Received _____, 2015

This will tell me if I need to pursue "corrections" to the records? in my County or not and it will be of great help to me if you will please.

I am enclosing a SASE for your convenience.

Very Respectfully Submitted

Stephen A. Hall

Thank You Very Much

# Verification of Unsworn Declaration

I, Stephen A. Hall Applicant ~~Defendant~~ pro se in this cause, state the following under penalty of perjury. I am a prisoner, # 1787103, currently incarcerated in the ~~Tarrant County Jail in Tarrant~~ TDCJ - Boyd Unit - Freestone County, Texas. I am duly qualified and authorized in all respects to make this declaration. I have read the foregoing ☑ 4 Page Pro se Letter To Clerk Abel Acosta/Tx. Ct. Crim. App. and declare that I have personal knowledge of the facts contained therein and said facts are true & correct.

EXECUTED in ~~Tarrant~~ Freestone County, Texas, pursuant to Art. 132.001 et. seq., Texas C.P.R.C and 28 USC §1746, on this 7th day of April 20 15.

_____
(Signature)

Stephen Andrew Hall
(Print Name) Boyd Unit

Applicant ~~Defendant~~ pro se

~~TDCJ~~/TDC # 1787103 DOB 01/08/53

Address:
200 Spur 113
Teague, Texas 75860


# CERTIFICATE OF SERVICE

**I hereby certify that a copy of the foregoing motion was mailed to** The Hon. Clerk Abel Acosta at The Tex. Ct. of Crim App. P.O. Box 12308 regular Capitol Station - Austin, Texas 78711 **by ~~certified~~ mail, return receipt requested, on this the** 7th **day of** April **, 20** 15 **.**

_____
~~Defendant~~ ~~Petitioner~~
Applicant